No. 375. SWARZ *v.* LOEFFLER.   October 10, 1932.   Petition for writ of certiorari to the Appellate Court of Illi-

nois, First District, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. August Swarz, pro se.* No appearance for respondent.